# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>)<br>**v.** )<br>)<br>**TASHEEM CARTER,** )<br>)<br>**Defendant** ) | **Criminal No. 2:15-cr-12-DBH-01** |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On October 2, 2020, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Motion for Sentence Reduction Pursuant to the First Step Act. The defendant filed an objection to the Recommended Decision on October 20, 2020. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **Ordered** that the Recommended Decision of the Magistrate Judge is hereby **Adopted**. The motion for sentence reduction pursuant to the First Step Act is **Denied**.

**So Ordered.**

**Dated this 4th day of November, 2020**

/s/ D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**